```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

vs.                                    Case No. 2:88-cr-28-FTM-29

RONNIE LEE TAPE
_____

**OPINION AND ORDER**

This matter comes before the Court on defendant's Motion for Reconsideration, Correction or Amendment of Order to Reflect the Timeliness of Notice of Appeal and Grant of Certificate of Appealability, or Alternatively, Motion for Extension of Time for Appeal, or Alternatively Request for Certificate of Appealability on Issue of Timeliness of Notice of Appeal (Doc. #639), filed August 29, 2005.

Defendant seeks reconsideration of the Court's Opinion and Order (Doc. #638) denying a certificate of appealability and noting that the Notice of Appeal appeared to be untimely. Defendant further seeks reconsideration of the denial of a certificate of appealability. Upon review, the Court finds that the Notice of Appeal was due to be filed on or before August 29, 2005, and that defendant's Notice of Appeal was filed on August 25, 2005. Therefore, the Notice of Appeal was timely filed. Sanders v. United States, 113 F.3d 184, 185-86, n. 1 (11th Cir. 1997); Butcher v. United States, 368 F.3d 1290, 1293 n. 1 (11th Cir. 2004). See

also Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

The Court does not however find that defendant has articulated a basis for reconsideration of the denial of a certificate of appealability. The certificate of appealability stands denied.

Accordingly, it is now

**ORDERED**:

1. Defendant's Motion for Reconsideration, Correction or Amendment of Order to Reflect the Timeliness of Notice of Appeal and Grant of Certificate of Appealability (Doc. #639) is **GRANTED IN PART** to the extent that the following paragraph is stricken from the Court's August 26, 2005, Opinion and Order (Doc. #638):

> As a preliminary matter, the Court notes that the Notice of Appeal is untimely under Fed. R. App. P. 4(a)(A) and no motion for extension of time has been filed by defendant within the time prescribed by Fed. R. App. P. 4(a)(5).

The motion is otherwise **DENIED**.

2. Defendant's Motion for Extension of Time for Appeal, or Alternatively Request for Certificate of Appealability on Issue of Timeliness of Notice of Appeal (Doc. #639) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of August, 2005.

JOHN E. STEELE
United States District Judge

2

Copies:
USCA
Counsel of record
DCCD